# Court of Appeals
# of the State of Georgia

ATLANTA, __January 10, 2017__

*The Court of Appeals hereby passes the following order:*

**A17A0818.  RICHARD HAYNES v. BENJAMIN KNIPSCHER.**

Defendant Richard Haynes appeals the trial court's order awarding the plaintiff $3,907.16 in damages, $500.00 in attorney fees, and court costs in this action for breach of contract.  We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000.00 or less must be initiated by filing an application for discretionary review.  OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).  Haynes's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/10/2017__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*